| Portland Police Dept | | | Incident Report | | Date: 07/06/2024 |
|---|---|---|---|---|---|
| Incident: D-Criminal Threatening | | | | | |
| Incident Report Number: 24-035450 | Between: Date - Time | | And/At: Date-Time 7/6/24 | 01:50 | |
| Incident Location: 408 Forest Ave, Portland, ME, 04103 | | | | | |
| Offense - 1: 17-A-209.1 | Offense - 2: 17-A-211.1 | Offense - 3: | Offense - 4: | | |
| Offense - 5: | Offense - 6: | Offense - 7: | Offense - 8: | | |

| V | Name (Last, First, Middle): Witness 1 | DOB: 2004 | Race/Sex: W/M |
|---|---|---|---|
| | Address: Windham, ME, 04062 | | Phone 1: |
| | Employer | | Phone 2 |
| | Employer Address | | Work Phone # |
| | Name (Last, First, Middle) | DOB: | Race/Sex |
| | Address: | | Phone 1 |
| | Employer | | Phone 2 |
| | Employer Address | | Work Phone # |

In Car Video Available
Body Worn Camera Used

**NARRATIVE**

On 7/6/2024 at approximately 0150 hours, while on uniformed patrol in a marked police cruiser, I (Ofc. Cannell), was dispatched to Crown Fried Chicken at 408 Forest Ave. for a report of a black male in a gray sweatshirt threatening patrons with a gun.

When I arrived on scene I went inside to see if the suspect was still on scene. A few customers informed me the male with the gun had left. I informed dispatch that he had fled the scene and other units began checking the area for the suspect. I then went back inside the business and started asking customers what had happened. A few people subtlety told me there was a male that threatened people with a gun but no one wanted to elaborate on what had happened.

I went outside to speak with Sgt. Geib and let him know the situation. At that time a male walked up

| Vehicle Information: (Year, Make, Model, Style, Color) | | | | | |
|---|---|---|---|---|---|
| License Number: | State: | Expiration Year: | Vin: | Insurance Company: | |
| Other Vehicle Information: | | | | NCIC# | |
| Reporting Officer(s): Cannell, Ryan | | | Payroll Number: 13272 | | Report Date: 07/06/2024 |
| Time Received: 01:50:43 | Time Cleared: 03:49:21 | Unit(s) Assigned: 508, 509, 510, 511, 603, 604, 6 | | Pages: 1 Of 3 | |
| Reviewed by: Geib, Ian | | Payroll Number: 11300 | Copy To | | |

Offense - 1: 17-A-209.1
Incident Report Number: 24-035450

| Portland Police Dept | | Continuation |
|---|---|---|
| Incident Report Number: 24-035450 | Incident Location: 408 Forest Ave, Portland, ME, 04103 | Incident Date: 07/06/2024 |

to me and told me he was one of the victims that was threatened with the gun and he would give a written statement. The male identified himself as Witness 1 ( /2004) I gave him a statement form to fill out. He initially supplied a statement which was very short, illegible and generally not detailed or descriptive. I then told him I could assist him and transcribe the statement for him, the statement said:

I was sitting down at CFC (Crown Fried Chicken) when a 6'6" very dark skinned male with short hair, green pants, white air force ones, came in with two friends. One friend was (a) light skinned black male with dread locks and a light colored T-shirt. The other friend had a black zip up on and short hair. The 6'6" black male started an argument with me because he said I was "looking at him." One of the friends told me the 6'6" male was "fucked up" and was trying to break it up. Then the 6'6" black male lifted his shirt and exposed what I believe was a P365 Sig Sauer in his waist band and grabbed the handle. He said "he was gonna have a mass shooting in here." He then mad a fake "finger gun" and pointed his hand in a trigger pulling motion at all my friends and said "I got a bullet for every one of you. "He then went to confront another one of my friends "Nikko" and one of the 6'6" guys friends dragged him out. After he left everyone that was in the store previously and had left ran back in saying the male had just shot his gun. The whole time the male was grabbing and gesturing to the gun I was scared he was going to pull it out and shoot me. If the male is found I would like him to be arrested.

Sgt. Geib later found a shell casing outside as well as the projectile it fired and the divot in the pavement where the round had impacted. Ofc. Gray processed and collected that evidence. (See their supplemental reports for details)

Sgt. Geib spoke with one of the employees at Crown Fried Chicken to get the footage of the incident sent to my email, which I later forwarded to the evidence technician's email to be uploaded to the share file and attached to this case. It should be noted that the employee mentioned the suspect was speaking Arabic and believed the suspect was from "South Sudan" based on the dialect. The footage seemed consistent with Witness 1's statement. Witness 1's statement is attached to this report. A department wide email was sent with a photograph of the suspect in an attempt to identify him. This incident was audio and video recorded on my body worn camera.

| Reporting Officer(s): Cannell, Ryan | Payroll Number: 13272 | Pages: 2 Of 3 |
|---|---|---|

| Portland Police Dept | | Continuation |
|---|---|---|
| Incident Report Number: 24-035450 | Incident Location: 408 Forest Ave, Portland, ME, 04103 | Incident Date: 07/06/2024 |

**NAMES**

Witness-1
   Witness 2 ███  W/M-19 of ███ Windham, ME, 04062
   DOB: ███ 2004
   Phone 1: ███-8626

Witness-2
   Witness 3 ███  W/M-20 of ███ Windham, ME, 04062
   DOB: ███/2004
   Phone 1: ███-9540

================================================================

| Reporting Officer(s): Cannell, Ryan | Payroll Number: 13272 | Pages: 3 Of 3 |
|---|---|---|

USAO-000271