# EXHIBIT 3

(Video Recording Filed by Hand with Clerk's Office)
Bates Stamp USAO-001119.mp4