# EXHIBIT 5

(Video Recording Filed by Hand with Clerk's Office)

Bates Stamp USAO-001120.mp4