| **Portland Police Dept** | | | **Supplemental Report** | |
|---|---|---|---|---|
| Incident Report Number: 24-035450 | Incident Location: 408 Forest Ave, Portland, ME, 04103 | | | Incident Date: 07/06/2024 |
| New Incident: | Original Offense - 1: 17-A-209.1 | New Offense - 1: | | New Offense - 2: |

**NARRATIVE**

On 07/08/2024 at approximately 2100 hours I, Officer Craig Knight, relieved Officer Webster on a search warrant at 42 Kellogg Street. I stood by the front door to the apartment while CID and other officers conducted their search warrant. In this time I ensured that nobody came or went from the apartment as there were numerous family members of the apartment outside in the street.

Around 2300 hours, Detective Sergeant Rand, exited the apartment and started to search the trash cans immediately to the right of the front door as you looks at the building. Detective Curlee was standing next to us while this search was conducted. While Sergeant Rand was searching the first of two trash cans, I pointed out a white plastic shopping style bag which was secreted behind the second trash can, likely out of view from where Rand and Curlee were standing. I picked up this bag by one of the handles and looked inside with Detective Curlee. I could see dark clothing, an empty "nips" bottle and a black handgun sitting in plain view in the bag. Detective Curlee immediately instructed me to put the bag down exactly where I found it, which I did. At no time did I touch any of the evidence inside the bag or handle anything other than the bag handle.

The firearm was collected by Evidence Technician Beals.

I can confirm that nobody came or went from the area of the trash cans the entire time I stood guard outside the house.

| Reporting Officer(s): Knight, Craig | | Payroll Number: 13034 | Report Date: 07/09/2024 |
|---|---|---|---|
| Reviewed by: Knutson, Kyle | Payroll Number: 11566 | &RS\ 7R | Page: 1 Of 1 |

USAO-000321