| **Portland Police Dept** | | **Supplemental Report** | |
|---|---|---|---|
| Incident Report Number:<br>24-035450 | Incident Location:<br>408 Forest Ave, Portland, ME, 04103 | | Incident Date:<br>07/06/2024 |
| New Incident: | Original Offense - 1:<br>17-A-209.1 | New Offense - 1: | New Offense - 2: |

**NARRATIVE**

On 08 July 2024 I received a call from CID about deploying a monitoring device to help with surveillance of an apartment they believed was the residence of Anthony Lobor. Lobor had arrest warrants regarding an incident where he had discharged a firearm and threatened customers of a local restaurant. I went to the Portland Police Department and gathered my equipment. I placed the device in a position that allowed a view of the door and adjacent area of 42 Kellog St. This was pointed out to me by Sgt. Dyer. After ensuring the device was operating properly I left the scene. [Note: None of this activity was recorded on a body cam due to the nature of the assignment and the need to remain out of sight.] I monitored the device and provided updates as I saw them from a remote location.

Lobor was taken into custody by Portland Police within a few hours. I left the device in place until it could be retrieved in a safe manner. The device records to its own internal drive and can only be accessed by someone with the proper login, password and ability to access the cellular network. I brought the device into the Portland Police Department where I accessed the recorded video from the day and downloaded it onto a separate drive for detectives who are working on the case. I reviewed partial video segments and took note of Lobor carrying a white plastic bag with him. He kept it close to his person and within reach. At several points Lobor left the area, out of view of the monitoring device. Later in the day, approximately 1619 hours, Lobor returns to the area carrying a white plastic bag. Lobor goes over to two trash receptacle located to the right of the entrance of 42 Kellog St. He goes to the furthest receptacle with the bag in his hand but then leaves without the bag. Lobor then enters the apartment and comes back out.

Lobor is arrested soon after these events. I would later learn that detectives conducted a search warrant at 42 Kellog St. During their search they located a white plastic bag behind the trash receptacles. The bag contained, among other things, a handgun. The firearm was seized as result of the search warrant.

| Reporting Officer(s):<br>Calloway, Jeffrey | | Payroll Number :<br>10371 | Report Date:<br>07/11/2024 |
|---|---|---|---|
| Reviewed by:<br>Rand, Michael | Payroll Number :<br>10372 | &RS\7R | Page:<br>1 Of 1 |